In the Matter of ABRAHAM MYER et al., Judgment-Creditors-Respondents, against JEROME MYER et al., as Trustees for JULIUS MYER under a Trust Indenture, Dated April 21, 1942, Judgment-Debtors-Appellants, and BERNARD MYER, Individually, Appellant.

Submitted July 2, 1947; decided July 2, 1947.

*Jay Leo Rothschild* for motions.

*Abraham J. Halprin* and *Sidney R. Rossiter* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution. Motion for stay denied.